FILED
NOV 16 2018
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 1:18cr393 |
| v. | ) | |
| | ) | Count 1: 18 U.S.C. § 1343 |
| SUZETTE M. SMITH, | ) | (Wire Fraud) |
| Defendant. | ) | |

### CRIMINAL INFORMATION

The United States Attorney charges that:

### Count 1
### (Wire Fraud)

On or about October 3, 2014, within the Eastern District of Virginia and elsewhere, the defendant, Suzette M. Smith, having devised a scheme and artifice to defraud Nonprofit #1, and to obtain money and property from Nonprofit #1 by means of materially false and fraudulent pretenses, representations, and promises, knowingly caused to be transmitted by means of wire communication in interstate commerce writings, signs, and signals for the purpose of executing the scheme and artifice; that is, Smith caused the interstate transmission of a wire communication from a PNC Bank location in the Eastern District of Virginia to a location outside the Commonwealth of Virginia to cause funds intended for Nonprofit #1 to be cashed by Smith, all as part of Smith's scheme to embezzle more than $107,000 from Nonprofit #1.

(In violation of Title 18, United States Code, Section 1343)

1

## Forfeiture Notice

Pursuant to Rule 32.2(a), Federal Rules of Criminal Procedure, the defendant is hereby notified that upon conviction of the offense charged in this Criminal Information, the defendant shall forfeit any property, real or personal, constituting or derived from, or traceable to, any proceeds obtained directly or indirectly from the offense. If, as a result of the defendant's acts or omissions, the proceeds of the offense or the property traceable thereto are not available, the United States may seek an order forfeiting substitute assets, including but not limited to a forfeiture money judgment in the amount of the proceeds of the offense.

(In accordance with 18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461(c); 21 U.S.C. § 853(p))

G. Zachary Terwilliger
United States Attorney

By: _____
Ryan S. Faulconer
Assistant United States Attorney